IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,                                  Case No. 3:13-po-007

-vs-                                            Magistrate Judge Michael R. Merz

RAFAEL REED,

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge <u>of operating a motor vehicle under the influence of alcohol</u> in violation <u>of Ohio Revised Code § 4511.19(A)(1)(a)</u>, made in Count __2__ of the Information or made in Violation Notice __3004273__ is hereby AMENDED to charge <u>having physical control of a motor vehicle while under the influence of alcohol</u> in violation of <u>Ohio Revised Code § 4511.194</u>.

IT IS SO ORDERED.

Date: 1/16/13

_____
United States Magistrate Judge

_____
Assistant United States Attorney